**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  07-22279-CIV-MORENO/TORRES**

EVELYN HARRIS, JOANN HARRIS,
DONALD LOSMAN, H. BRADLEY
HARRIS, RICHARD MANTO, MELCHOR
ALFONSO, WAYNE MOODY, and
LARRY WEISSFELD,

      Plaintiffs,

vs.

JOERG HEIERLE, JAQUELINE PINHEIRO,
EIGER INVESTMENT GROUP,
INH INTERHOLDING, FUTURES TRADING
ACADEMY, INC., and MARTIN HARTMANN,

      Defendants.

_____/

**STIPULATION AND FINAL ORDER OF DISMISSAL**
**WITH PREJUDICE OF CLAIMS AGAINST JAQUELINE PINHEIRO**

An amicable settlement of all matters and things in dispute between the Plaintiffs' and

Defendant JAQUELINE PINHEIRO, having been made, it is,

STIPULATED AND AGREED by and between these parties that this cause may be

dismissed with prejudice AS TO JAQUELINE PINHEIRO, each of these parties shall bear their own

attorneys fees and costs with the Court retaining jurisdiction to enforce the terms of the settlement.

DATED this 16th DAY OF May, 2008.

| | |
|---|---|
| COHEN LAW OFFICES, P.A. | SONN & EREZ, PLC |
| Attorneys for Defendant Jaqueline Pinheiro | Attorneys for the Plaintiffs |
| One Southeast Third Avenue, Suite 2900 | 500 East Broward Blvd., Suite 1600 |
| Miami, Florida 33131 | Ft. Lauderdale, Florida 33394 |

By____/S/ Judson Cohen_____         By_____/S/ Jeffrey Sonn_____
     JUDSON L. COHEN                  JEFFREY R. SONN
     Fla. Bar No.: 948748              Fla. Bar No.: 773514

Harris, et al. v. Heierle, et al
Case No.: 07-22279-CIV-SEITZ
Page 2

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on this 16th day of May 2008 2007 we electronically filed the

foregoing document with the Clerk of the Court using CM/ECF.  We also certify that the foregoing

document is being served this day on all counsel of record identified on the attached Service List in

the manner specified, either via transmission of Notice of Electronic Filing generated by CD/ECF

or in some other authorized manner to those counsel or parties who are not authorized to receive

electronically Notices of Electronic Filing.

| | |
|---|---|
| COHEN LAW OFFICES, P.A. | SONN & EREZ, PLC |
| Attorneys for Defendant Jaqueline Pinheiro | Attorneys for the Plaintiffs |
| One Southeast Third Avenue, Suite 2900 | 500 East Broward Blvd., Suite 1600 |
| Miami, Florida 33131 | Ft. Lauderdale, Florida 33394 |

By___/S/ Judson Cohen_____          By_____/S/ Jeffrey Sonn_____
    JUDSON L. COHEN                                   JEFFREY R. SONN
    Fla. Bar No.: 948748                                Fla. Bar No.: 773514

Harris, et al. v. Heierle, et al
Case No.: 07-22279-CIV-SEITZ
Page 3

## Service List

Jeffrey R. Sonn, Esq.
Sonn & Erez, PLC
500 East Broward Boulevard - Suite 1600
Fort Lauderdale, Florida 33394


Brian M. Silverio, Esq.
Florida bar No. 0183301
Silverio & Hall, P.A.
Museum Tower - Penthouse 2850
150 West Flagler Street
Miami, Fl 33130

Scott Adkins, Esq.
Sonn & Erez, PLC
500 East Broward Blvd., Suite 1600
Ft. Lauderdale, Fl 33394

Judson L. Cohen, Esq.
Cohen Law Offices, P.A.
SunTrust International Center - Suite 2900
One S.E. Third Avenue
Miami, Florida 33131

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  07-22279-CIV-MORENO/TORRES**

EVELYN HARRIS, JOANN HARRIS,
DONALD LOSMAN, H. BRADLEY
HARRIS, RICHARD MANTO, MELCHOR
ALFONSO, WAYNE MOODY, and
LARRY WEISSFELD,

       Plaintiffs,

vs.

JOERG HEIERLE, JAQUELINE PINHEIRO,
EIGER INVESTMENT GROUP,
INH INTERHOLDING, FUTURES TRADING
ACADEMY, INC., and MARTIN HARTMANN,

       Defendants.

_____/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

In consideration of the foregoing Stipulation it is:

ORDERED AND ADJUDGED that Plaintiffs' claims are dismissed with prejudice AS TO

JAQUELINE PINHEIRO, each of these parties shall bear their own attorneys fees and costs and this

Court shall reserve jurisdiction to enforce the terms of the settlement.

DONE AND ORDERED in Chambers, at Miami Dade, Florida this 16th day May of 2008.

                              _____
                              UNITED STATES DISTRICT JUDGE
                              FREDERICO ANTONIO MORENO

Copies furnished:

Judson L. Cohen, Esq.
Jeffrey R. Sonn, Esq.
Brian Silverio, Esq.