UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 07-22279-CIV-MORENO

EVELYN HARRIS, JOANN HARRIS, DONALD LOSMAN, H. BRADLEY HARRIS, RICHARD MANTO, MELCHOR ALFONSO, WAYNE MOODY, and LARRY WEISSFELD,

    Plaintiffs,

vs.

JOERG HEIERLE, JAQUELINE PINHEIRO, EIGER INVESTMENT GROUP, INH INTERHOLDING, FUTURES TRADING ACADEMY, INC., and MARTIN HARTMANN,

    Defendants.
_____/

### ORDER OF DISMISSAL AS TO DEFENDANTS JAQUELINE PINHEIRO AND MARTIN HARTMANN

THIS CAUSE came before the Court upon Parties' Stipulation and Final Order of Dismissal With Prejudice of Claims Against Defendant Jaqueline Pinheiro and Defendant Martin Hartmann **(D.E. Nos. 38, 39)**, filed on **May 16, 2008**.

THE COURT has considered the stipulations and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that Defendant Jaqueline Pinheiro is hereby dismissed with prejudice. It is also

**ADJUDGED** that Defendant Martin Hartmann is hereby dismissed with prejudice.

DONE AND ORDERED in Chambers at Miami, Florida, this 20th day of May, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record