UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:  07-22279-CIV-MORENO

EVELYN HARRIS, JOANN HARRIS, DONALD LOSMAN, H. BRADLEY HARRIS, RICHARD MANTO, MELCHOR ALFONSO, WAYNE MOODY, and LARRY WEISSFELD,

    Plaintiffs,

vs.

JOERG HEIERLE, JAQUELINE PINHEIRO, EIGER INVESTMENT GROUP, INH INTERHOLDING, FUTURES TRADING ACADEMY, INC., and MARTIN HARTMANN,

    Defendants.
_____/



### FINAL JUDGMENT AGAINST JOERG HEIERLE

THIS CAUSE came before the Court upon Plaintiffs' Motion for Final Judgment Against Joerg Heierle **(D.E. No. 37)**, filed on **May 16, 2008**.

THE COURT has considered the motion and the pertinent portions of the record, and is otherwise fully advised in the premises.  A default has been entered against Defendant for failure to answer or otherwise plead to the Summons and Complaint served by Plaintiffs.  Counsel for Plaintiffs filed Affidavits with the Court as to the amount due from Defendant Joerg Heierle.  Accordingly, it is

**ADJUDGED** that the Motion for Final Judgment is **GRANTED**.  Judgment is hereby entered in favor of Plaintiffs EVELYN HARRIS, JOANN HARRIS, DONALD LOSMAN, H. BRADLEY HARRIS, RICHARD MANTO, MELCHOR ALFONSO, and LARRY WEISSFELD and against Defendant JOERG HEIERLE.  It is further

**ADJUDGED** that Plaintiff Wayne Moody is hereby DISMISSED. Although no notice of Wayne Moody's dismissal was filed on the docket, this Court takes notice of footnote 1 in Plaintiffs' Motion For Entry of Final Judgment Against Joerg Heierle **(D.E. 37)**, and determines that Plaintiff Wayne Moody is dismissed without prejudice. Finally, it is

**ADJUDGED** that Plaintiffs shall recover from Defendant Joerg Heierle compensatory damages in the following amounts:

1. Evelyn Harris shall recover $215,000;

2. Melchor Alfonso shall recover $10,000;

3. H. Bradley Harris shall recover $35,000;

4. Richard Manto shall recover $100,000;

5. Larry Weissfeld shall recover $213,209;

6. Donald Losman shall recover $132,000; and

7. Joann Harris shall recover $60,510.

Each of the above principal amounts due shall bear interest at the Florida statutory rate from the date of this judgment until full payment has been made. For all amounts, let execution issue.

DONE AND ORDERED in Chambers at Miami, Florida, this 22nd day of May, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record